IPS FIELD SERVICE REPORT

| Case:<br>2:19-cv-08769 | Court:<br>US Distrcit Court For The Eastern District Of LA | County:<br>, LA | Job:<br>3274485 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JD (John) Floyd | | Defendant / Respondent:<br>Detective John Dillmann;Detective Michael Rice, Lieutenant Stephen London, The City of New Orleans, Leon Cannizzaro Jr, andJjohn Doe Defendants. | |
| Received by:<br>Interstate Process Service LLC | | For:<br>Lathrop Gage LLP | |
| To be served upon:<br>John Dillman | | | |

I, Donald Marshall, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   John Dillman , 15211 Oak Shadows Ave, Prairieville, LA 70769
Manner of Service:            Personal/Individual, Apr 28, 2019, 5:10 pm CDT
Documents:                   Summons and Complaint (Received Apr 17, 2019 at 12:53pm CDT)

Additional Comments:
1) Unsuccessful Attempt: Apr 22, 2019, 10:47 am CDT at 15211 Oak Shadows Ave, Prairieville, LA 70769
Description Of Service Address: brick and stucco home with a light brown door.
Description Of Vehicle: N/A. Garage closed.
Subject is not home at the provided service address. The lawn crew was present.

2) Unsuccessful Attempt: Apr 25, 2019, 5:48 pm CDT at 15211 Oak Shadows Ave, Prairieville, LA 70769
Description Of Service Address: brick and stucco home with a brown door.
Description Of Vehicle: n/a garage closed
Subject is not home at the provided service address.

3) Successful Attempt: Apr 28, 2019, 5:10 pm CDT at 15211 Oak Shadows Ave, Prairieville, LA 70769 received by John Dillman . Age: 68; Ethnicity: Caucasian; Gender: Male; Weight: 205; Height: 5'7"; Hair: Gray;
Description of Service Address: Service address is a brick and stucco home with a white door.
Description of Vehicle: white Toyota Tundra and a dark colored honda 4 door.
Made contact with the Subject and once confirmed identity, In-hand delivered the service pleading.

_(signature)_    04/29/2019

Donald Marshall    IPS - FA LA    Date

Interstate Process Service LLC
"Your Gulf Coast Connection"
1100 POYDRAS ST SUITE 2900
NEW ORLEANS, LA 70163
O: 985-792-7719
W:interstateProcessService.com
Instagram: TBCIPS, #IPSNOLA9



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-08769

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **John Dillman**
was received by me on *(date)* **4/18/2019** .

☒ I personally served the summons on the individual at *(place)* **15211 Oak Shadows Ave, Prairieville, LA 70769**    on *(date)*          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                , a person of suitable age and discretion who resides there,
on *(date)*          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                , who is
designated by law to accept service of process on behalf of *(name of organization)*
                on *(date)*       ; or

☐ I returned the summons unexecuted because                ; or

☐ Other *(specify)*:

My fees are $       for travel and $       for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4-28-2019**

*Server's signature*

**Donald L. Marshall, Jr.   IPS - FA LA**
*Printed name and title*

1100 poydras ST    Suite 2900
New Orleans, LA
*Server's address*

Additional information regarding attempted service, etc: