# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JD ("John") FLOYD | • | CIVIL ACTION |
| VS. | • | NO. 19-8769 |
| DETECTIVE JOHN DILLMANN; | • | SECTION "H" |
| DETECTIVE MICHAEL RICE; | • | JUDGE JANE TRICHE MILAZZO |
| LIEUTENANT STEPHEN LONDON; THE | * | |
| CITY OF NEW ORLEANS; LEON | • | MAGISTRATE DIVISION "3" |
| CANNIZZARO, JR., IN HIS OFFICIAL | • | MAGISTRATE DANA M. DOUGLAS |
| CAPACITY; AND JOHN DOE | | |
| DEFENDANTS | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## INVOCATION OF QUALIFIED IMMUNITY, AFFIRMATIVE DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, Stephen London (London), and for Answer to the Complaint herein, upon information and belief, answers, avers and denies as follows:

## INVOCATION OF QUALIFIED IMMUNITY

Defendant, Stephen London, in his individual capacity, hereby invokes the defense of qualified immunity, which bars Plaintiffs' suit herein.

**AND NOW FURTHER ANSWERING, DEFENDANT INVOKES THE FOLLOWING AFFIRMATIVE DEFENSES:**

## FIRST DEFENSE

The Complaint fails to state a claim or a right or a cause of action upon which relief may be granted.

## SECOND DEFENSE

The allegations made by Plaintiff, even if proven, do not show the deprivation of a federally protected constitutional right.

## THIRD DEFENSE

The allegations set forth in Plaintiff's Complaint are prescribed and/or time-barred as a matter of law and Defendant is therefore entitled to judgment in his favor as a matter of law.

## FOURTH DEFENSE

Defendant specifically pleads that he cannot be held liable for any discretionary acts and is otherwise immune from suit pursuant to La. R.S. 9:2798.1.

## FIFTH DEFENSE

Defendant specifically pleads that he is entitled to the immunity afforded public officials for discretionary acts under applicable state law pursuant to any and all other statutes and jurisprudence entitling defendant to immunity under state law. See, e.g., *Kyle v. City of New Orleans,* 353 So.2d 969 (La. 1977).

## SIXTH DEFENSE

Defendant alleges that the damages complained of were caused by persons over whom he exercised no supervision, care, custody, control *or garde* and for whom he is not legally responsible, barring recovery as against Defendant herein.

## SEVENTH DEFENSE

Defendant submits that the claims of Plaintiff are frivolous, groundless, and/or unreasonable, and, as such, defendant is entitled to an award against the Plaintiff for all attorney's fees and costs expended in this matter pursuant to federal law and, if applicable, 42 U.S.C. § 1988.

## EIGHTH DEFENSE

In the alternative, the cause in fact of the damages complained of were the acts of Plaintiff, which acts should operate as a complete bar to, or in diminution of, any recovery of Plaintiffs herein.

## NINTH DEFENSE

Defendant, Stephen London, avers that, at all times pertinent, he was acting in good faith.

## TENTH DEFENSE

All actions taken by Defendant herein were taken in good faith, under the law and without malice thereby entitling said Stephen London to the defense of qualified immunity and Stephen London specifically pleads both aspects of qualified immunity with respect to the plaintiffs' claims, that being immunity from suit and immunity from liability.

## ELEVENTH DEFENSE

Defendant, Stephen London, specifically pleads that he is entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of his official duties, which acts as a bar to Plaintiffs' claim herein.

## TWELFTH DEFENSE

Defendant, Stephen London's conduct did not deprive Plaintiff of any rights, privileges, or immunities secured by the Constitution or Laws of the United States.

## THIRTEENTH DEFENSE

Defendant, Stephen London, avers that at all times pertinent hereto his actions were reasonable, justified, and legally permissible under the circumstances.

## FOURTEENTH DEFENSE

Defendant, Stephen London, alleges that the damages complained of were caused by persons over whom he exercised no supervision, care, custody, control or *garde* and for whom he is not legally responsible, barring recovery as against Defendant herein.

## FIFTEENTH DEFENSE

Defendant, Stephen London, herein submits that the claims of Plaintiff are frivolous, groundless, and/or unreasonable, and, as such, Defendant herein is entitled to an award against the Plaintiff Case for all attorney's fees and costs expended in this matter pursuant to federal law and, if applicable, 42 U.S.C. § 1988.

## SIXTEENTH DEFENSE

AND NOW FURTHER ANSWERING, in the alternative, and in the alternative only, and as a separate and complete defense, Defendant avers that if Plaintiff sustained any damage, which is denied, said damage was in no way caused by or contributed to by any act of Defendant or by those for whom Defendant could or may be responsible.

## SEVENTEENTH DEFENSE

AND NOW FURTHER ANSWERING, in the alternative, and in the alternative only, and as a separate and complete defense, Defendant avers that if Plaintiff sustained damages as alleged, which is denied, said damages were caused by and/or occasioned through the fault of third parties for whom Defendant is in no way responsible or liable.

## EIGHTEENTH DEFENSE

**AND NOW FURTHER ANSWERING**, Defendant responds to the specific allegations of Plaintiff's Complaint as follows:

1.

The allegations of Paragraph 1 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

2.

The allegations of Paragraph 2 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

3.

The allegations of Paragraph 3 of the Complaint are denied.

4.

The allegations of Paragraph 4 of the Complaint are denied.

5.

The allegations of Paragraph 5 of the Complaint are denied.

6.

The allegations of Paragraph 6 of the Complaint are denied.

7.

The allegations of Paragraph 7 of the Complaint are denied.

8.

The allegations of Paragraph 8 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

9.

The allegations of Paragraph 9 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

10.

The allegations of Paragraph 10 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

11.

The allegations of Paragraph 11 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

12.

The allegations of Paragraph 12 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

13.

The allegations of Paragraph 13 of the Complaint are denied.

14.

The allegations of Paragraph 14 of the Complaint are denied.

15.

The allegations of Paragraph 15 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

16.

The allegations of Paragraph 16 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

17.

The allegations of Paragraph 17 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

18.

The allegations of Paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

19.

The allegations of Paragraph 19 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

20.

The allegations of Paragraph 20 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

21.

The allegations of Paragraph 21 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, to the extent that this Honorable Court may require response thereto, the same are hereby denied.

22.

The allegations of Paragraph 22 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, to the extent that this Honorable Court may require response thereto, the same are hereby denied.

23.

The allegations of Paragraph 23 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, to the extent that this Honorable Court may require response thereto, the same are hereby denied.

24.

The allegations of Paragraph 24 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, to the extent that this Honorable Court may require response thereto, the same are hereby denied.

25.

The allegations of Paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

26.

The allegations of Paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

27.

The allegations of Paragraph 27 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

28.

The allegations of Paragraph 28 of the Complaint is admitted as they pertain to Stephen London being a member of the New Orleans Police Department and the remainder are denied for lack of sufficient information to justify a belief as to the truth thereof.

29.

The allegations of Paragraph 29 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

30.

The allegations of Paragraph 30 of the Complaint are admitted only insofar as they state that the City of New Orleans is a political subdivision of the State of Louisiana. Except as

expressly admitted, the allegations of Paragraph 30 are denied for lack of sufficient information to justify a belief as to the truth thereof.

31.

The allegations of Paragraph 31 of the Complaint are admitted only insofar as they state that Leon Cannizzaro is the current Orleans Parish District Attorney. Except as expressly admitted, the allegations of Paragraph 31 are denied for lack of sufficient information to justify a belief as to the truth thereof.

32.

The allegations of Paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

33.

The allegations ofParagraph33 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

34.

The allegations of Paragraph 34 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

35.

The allegations of Paragraph 35 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

36.

The allegations of Paragraph 36 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

37.

The allegations of Paragraph 37 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

38.

The allegations of Paragraph 38 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

39.

The allegations of Paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

40.

The allegations of Paragraph 40 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

41.

The allegations of Paragraph 41 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

42.

The allegations of Paragraph 42 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

43.

The allegations of Paragraph 43 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

44.

The allegations of Paragraph 44 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

45.

The allegations of Paragraph 45 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

46.

The allegations of Paragraph 46 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

47.

The allegations of Paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

48.

The allegations of Paragraph 48 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

49.

The allegations of Paragraph 49 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

50.

The allegations of Paragraph 50 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

51.

The allegations of Paragraph 51 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

52.

The allegations of Paragraph 52 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

53.

The allegations of Paragraph 53 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

54.

The allegations of Paragraph 54 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

55.

The allegations of Paragraph 55 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

56.

The allegations of Paragraph 56 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

57.

The allegations of Paragraph 57 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

58.

The allegations of Paragraph 58 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

59.

The allegations of Paragraph 59 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

60.

The allegations of Paragraph 60 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

61.

The allegations of Paragraph 61 of the Complaint are admitted only insofar as they state that Rice recorded in his supplemental report his belief that McKinney had witnessed a black male fleeing from the hotel, that Rice had Hennessey fingerprinted for comparison to the prints lifted from the scene and Robinson's vehicle and that Hennessey was excluded as the source of the prints.  Except as expressly admitted, the remainder of the allegations of Paragraph 61 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

62.

The allegations of Paragraph 62 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

63.

The allegations of Paragraph 63 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

64.

The allegations of Paragraph 64 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

65.

The allegations of Paragraph 65 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

66.

The allegations of Paragraph 66 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

67.

The allegations of Paragraph 67 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

68.

The allegations of Paragraph 68 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

69.

The allegations of Paragraph 69 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

70.

The allegations of Paragraph 70 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

71.

The allegations of Paragraph 71 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

72.

The allegations of Paragraph 72 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

73.

The allegations of Paragraph 73 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

74.

The allegations of Paragraph 74 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

75.

The allegations of Paragraph 75 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

76.

The allegations of Paragraph 76 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

77.

The allegations of Paragraph 77 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

78.

The allegations of Paragraph 78 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof as to the other defendants.

79.

The allegations of Paragraph 79 of the Complaint denied for lack of sufficient information to justify a belief as to the truth thereof.

80.

The allegations of Paragraph 80 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

81.

The allegations of Paragraph 81 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

82.

The allegations of Paragraph 82 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

83.

The allegations of Paragraph 83 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

84.

The allegations of Paragraph 84 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

85.

The allegations of Paragraph 85 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

86.

The allegations of Paragraph 86 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

87.

The allegations of Paragraph 87 of the Complaint are for lack of sufficient information to justify a belief as to the truth thereof.

88.

The allegations of Paragraph 88 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

89.

The allegations of Paragraph 89 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

90.

The allegations of Paragraph 90 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

91.

The allegations of Paragraph 91 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

92.

The allegations of Paragraph 92 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

93.

The allegations of Paragraph 93 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

94.

The allegations of Paragraph 94 of the Complaint are denied for lack denied for lack of sufficient information to justify a belief as to the truth thereof.

95.

The allegations of Paragraph 95 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

96.

The allegations of Paragraph 96 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

97.

The allegations of Paragraph 97 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

98.

The allegations of Paragraph 98 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

99.

The allegations of Paragraph 99 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

100.

The allegations of Paragraph 100 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

101.

The allegations of Paragraph 101 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

102.

The allegations of Paragraph 102 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

103.

The allegations of Paragraph 103 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

104.

The allegations of Paragraph 104 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

105.

The allegations of Paragraph 105 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

106.

The allegations of Paragraph 106 of the Complaint are denied for lack of sufficient

information to justify a belief as to the truth thereof.

107.

The allegations of Paragraph 107 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

108.

The allegations of Paragraph 108 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

109.

The allegations of Paragraph 109 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

110.

The allegations of Paragraph 110 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

111.

The allegations of Paragraph 111 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

112.

The allegations of Paragraph 112 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

113.

The allegations of Paragraph 113 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

114.

The allegations of Paragraph 114 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

115.

The allegations of Paragraph 115 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

116.

The allegations of Paragraph 116 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

117.

The allegations of Paragraph 117 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

118.

The allegations of Paragraph 118 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

119.

The allegations of Paragraph 119 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

120.

The allegations of Paragraph 120 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

121.

The allegations of Paragraph 121 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

122.

The allegations of Paragraph 122 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

123.

The allegations of Paragraph 123 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

124.

The allegations of Paragraph 124 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

125.

The allegations of Paragraph 125 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

126.

The allegations of Paragraph 126 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

127.

The allegations of Paragraph 127 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

128.

The allegations of Paragraph 128 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

129.

The allegations of Paragraph 129 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

130.

The allegations of Paragraph 130 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

131.

The allegations of Paragraph 131 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

132.

The allegations of Paragraph 132 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

133.

The allegations of Paragraph 133 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

134.

The allegations of Paragraph 134 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

135.

The allegations of Paragraph 135 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

136.

The allegations of Paragraph 136 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

137.

The allegations of Paragraph 137 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

138.

The allegations of Paragraph 138 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

139.

The allegations of Paragraph 139 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

140.

The allegations of Paragraph 140 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

141.

The allegations of Paragraph 141 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

142.

The allegations of Paragraph 142 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

143.

The allegations of Paragraph 143 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

144.

The allegations of Paragraph 144 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

145.

The allegations of Paragraph 145 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

146.

The allegations of Paragraph 146 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

147.

The allegations of Paragraph 147 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

148.

The allegations of Paragraph 148 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

149.

The allegations of Paragraph 149 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

150.

The allegations of Paragraph 150 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

151.

The allegations of Paragraph 151 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

152.

The allegations of Paragraph 152 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

153.

The allegations of Paragraph 153 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

154.

The allegations of Paragraph 154 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

155.

The allegations of Paragraph 155 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

156.

The allegations of Paragraph 156 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

157.

The allegations of Paragraph 157 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

158.

The allegations of Paragraph 158 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

159.

The allegations of Paragraph 159 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

160.

The allegations of Paragraph 160 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

161.

The allegations of Paragraph 161 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

162.

The allegations of Paragraph 162 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

163.

The allegations of Paragraph 163 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

164.

The allegations of Paragraph 164 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

165.

The allegations of Paragraph 165 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

166.

The allegations of Paragraph 166 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

167.

The allegations of Paragraph 167 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

168.

The allegations of Paragraph 168 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

169.

The allegations of Paragraph 169 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

170.

The allegations of Paragraph 170 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

171.

The allegations of Paragraph 171 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

172.

The allegations of Paragraph 172 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

173.

The allegations of Paragraph 173 of the Complaint are denied.

174.

The allegations of Paragraph 174 of the Complaint are denied.

175.

The allegations of Paragraph 175 of the Complaint are denied.

176.

The allegations of Paragraph 176 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

177.

The allegations of Paragraph 177 of the Complaint do not require an answer but, out of an abundance of caution are denied.

178.

The allegations of Paragraph 178 of the Complaint are denied.

179.

The allegations of Paragraph 179 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

180.

The allegations of Paragraph 180 of the Complaint are denied.

181.

The allegations of Paragraph 181 of the Complaint are denied.

182.

The allegations of Paragraph 182 of the Complaint are for lack of sufficient information to justify a belief as to the truth thereof.

183.

The allegations of Paragraph 183 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

184.

The allegations of Paragraph 184 of the Complaint are denied.

185.

The allegations of Paragraph 185 of the Complaint are denied.

186.

The allegations of Paragraph 186 of the Complaint are denied.

187.

The allegations of Paragraph 187 of the Complaint are denied.

188.

The allegations of Paragraph 188 of the Complaint do not require an answer but, out of an abundance of caution are denied.

189.

The allegations of Paragraph 189 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

190.

The allegations of Paragraph 190 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

191.

The allegations of Paragraph 191 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

192.

The allegations of Paragraph 192 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

193.

The allegations of Paragraph 193 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

194.

The allegations of Paragraph 194 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

195.

The allegations of Paragraph 195 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

196.

The allegations of Paragraph 196 of the Complaint are denied.

197.

The allegations of Paragraph 197 of the Complaint are denied.

198.

The allegations of Paragraph 198 of the Complaint do not require an answer but, out of an abundance of caution are denied.

199.

The allegations of Paragraph 199 of the Complaint are denied.

200.

The allegations of Paragraph 200 of the Complaint are denied.

201.

The allegations of Paragraph 201 of the Complaint are denied.

202.

The allegations of Paragraph 202 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

203.

The allegations of Paragraph 203 of the Complaint are denied.

204.

The allegations of Paragraph 204 of the Complaint are denied.

205.

The allegations of Paragraph 204 of the Complaint do not require an answer but, out of an abundance of caution are denied.

206.

The allegations of Paragraph 206 of the Complaint are denied.

207.

The allegations of Paragraph 207 of the Complaint are denied.

208.

The allegations of Paragraph 208 of the Complaint are denied.

209.

The allegations of Paragraph 209 of the Complaint are denied.

210.

The allegations of Paragraph 210 of the Complaint do not require an answer but, out of an abundance of caution are denied.

211.

The allegations of Paragraph 211 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

212.

The allegations of Paragraph 212 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

213.

The allegations of Paragraph 213 of the Complaint are denied.

214.

The allegations of Paragraph 214 of the Complaint do not require an answer but, out of an abundance of caution are denied.

215.

The allegations of Paragraph 215 of the Complaint as to Stephen London are denied.

216.

The allegations of Paragraph 216 of the Complaint as to Stephen London are denied.

217.

The allegations of Paragraph 217 of the Complaint are denied.

218.

The allegations of Paragraph 218 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

219.

The allegations of Paragraph 219 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

220.

The allegations of Paragraph 220 of the Complaint do not require an answer but, out of an abundance of caution are denied.

221.

The allegations of Paragraph 221 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

222.

The allegations of Paragraph 222 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

223.

The allegations of Paragraph 223 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

224.

The allegations of Paragraph 224 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

225.

The allegations of Paragraph 225 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

226.

The allegations of Paragraph 226 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

227.

The allegations of Paragraph 227 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

228.

The allegations of Paragraph 228 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

229.

The allegations of Paragraph 229 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

230.

The allegations of Paragraph 230 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

231.

The allegations of Paragraph 231 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

232.

The allegations of Paragraph 232 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

233.

The allegations of Paragraph 233 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

234.

The allegations of Paragraph 234 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

235.

The allegations of Paragraph 235 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

236.

The allegations of Paragraph 236 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

237.

The allegations of Paragraph 237 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

238.

The allegations of Paragraph 238 of the Complaint are denied.

239.

The allegations of Paragraph 239 of the Complaint are denied.

240.

The allegations of Paragraph 240 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

241.

The allegations of Paragraph 241 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

242.

The allegations of Paragraph 242 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

243.

The allegations of Paragraph 243 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

244.

The allegations of Paragraph 244 of the Complaint do not require an answer but, out of an abundance of caution are denied.

245.

The allegations of Paragraph 245 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

246.

The allegations of Paragraph 246 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

247.

The allegations of Paragraph 247 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

248.

The allegations of Paragraph 248 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

249.

The allegations of Paragraph 249 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

250.

The allegations of Paragraph 250 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

251.

The allegations of Paragraph 251 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

252.

The allegations of Paragraph 252 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

253.

The allegations of Paragraph 253 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

254.

The allegations of Paragraph 254 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

255.

The allegations of Paragraph 255 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

256.

The allegations of Paragraph 256 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

257.

The allegations of Paragraph 257 of the Complaint do not require an answer but, out of an abundance of caution are denied.

258.

The allegations of Paragraph 258 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

259.

The allegations of Paragraph 259 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 259 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

260.

The allegations of Paragraph 260 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 260 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

261.

The allegations of Paragraph 261 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

262.

The allegations of Paragraph 262 of the Complaint do not require an answer but. out of an abundance of caution are denied.

263.

The allegations of Paragraph 263 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 263 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

264.

The allegations of Paragraph 264 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 264 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

265.

The allegations of Paragraph 265 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 265 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

266.

The allegations of Paragraph 266 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

267.

The allegations of Paragraph 267 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

268.

The allegations of Paragraph 268 of the Complaint do not require an answer but, out of an abundance of caution are denied.

269.

The allegations of Paragraph 269 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 269 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

270.

The allegations of Paragraph 270 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 270 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

271.

The allegations of Paragraph 271 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

272.

The allegations of Paragraph 272 of the Complaint do not require an answer but, out of an abundance of caution are denied.

273.

The allegations of Paragraph 273 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 273 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

274.

The allegations of Paragraph 274 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 274 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

275.

The allegations of Paragraph 275 of the Complaint do not require an answer but, out of an abundance of caution are denied.

Case 2:19-cv-08769-JTM-DMD   Document 48   Filed 09/20/19   Page 43 of 47

276.

The allegations of Paragraph 276 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

277.

The allegations of Paragraph 277 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 277 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

278.

The allegations of Paragraph 278 of the Complaint do not require an answer but, out of an abundance of caution are denied.

279.

The allegations of Paragraph 279 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 279 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

280.

The allegations of Paragraph 280 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 280 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

281.

The allegations of Paragraph 281 of the Complaint are denied as to defendant London. The remaining allegations of Paragraph 281 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

282.

The allegations of Paragraph 282 of the Complaint do not require an answer but, out of an abundance of caution are denied.

283.

The allegations of Paragraph 283 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, should this Honorable Court require response thereto, the same are hereby denied.

284.

The allegations of Paragraph 284 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

285.

The allegations of Paragraph 285 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

286.

The allegations of Paragraph 286 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

287.

The allegations of Paragraph 287 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

288.

The allegations of Paragraph 288 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

289.

The allegations of Paragraph 289 of the Complaint do not require an answer but, out of an abundance of caution are denied.

290.

The allegations of Paragraph 290 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

291.

The allegations of Paragraph 291 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

292.

The allegations of Paragraph 292 of the Complaint do not require an answer but, out of an abundance of caution are denied.

293.

The allegations of Paragraph 293 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, should this Honorable Court require response thereto, the same are hereby denied.

294.

The allegations of Paragraph 294 of the Complaint contain alleged conclusions of law and, as such, do not require responsive pleading. However, should this Honorable Court require response thereto, the same are hereby denied.

295.

The allegations of Paragraph 295 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth thereof.

296.

The allegations in the prefatory paragraph, the Prayer for Relief and any unnumbered or otherwise unanswered allegations of the Complaint are denied.

## RESERVATION OF RIGHTS

To the extent permitted by law, Defendant herein reserves his right to supplement and amend this Answer and to assert additional affirmative defenses as future discovery may warrant and require.

**WHEREFORE** Defendant, Stephen London, prays that, after due proceedings are had, there be judgment in his favor and against Plaintiffs, dismissing the Complaint at Plaintiff's cost; for all costs, expenses and attorney fees incurred by Defendant herein; and, for such other and further relief as may be equitable and just and this Honorable Court competent to grant.

Respectfully submitted:

/s/ Patrick Fanning

Patrick J. Fanning, #5441
238 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone:  (504) 368-7888
Facsimile:  (504) 368-7263
pfanninglaw@aol.com

/s/ Edward F. Kohnke, IV

Edward F. Kohnke, IV, #7824
*Law Office of Richard V. Kohnke & Associates*
2917 Magazine Street, Suite 201
New Orleans, Louisiana  70115
Telephone: (504) 899-6864
Facsimile: (504) 899-6858
edwardkohnke@gmail.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of September, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Patrick Fanning

_____

Patrick Fanning