UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JD ("John") FLOYD, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> DETECTIVE JOHN DILLMANN; ) <br> DETECTIVE MICHAEL RICE; ) <br> LIEUTENANT STEPHEN LONDON; ) <br> THE CITY OF NEW ORLEANS; LEON ) <br> CANNIZZARO, JR., *IN HIS OFFICIAL* ) <br> *CAPACITY*; AND JOHN DOE DEFENDANTS, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 19-cv-08769 <br> Section H, Division 3 <br> Judge Jane Triche Milazzo <br> Magistrate Judge Dana Douglas |

**MOTION FOR ENTRY OF**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

PLEASE TAKE NOTICE that the *Plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)*, will be submitted for consideration by The Honorable Jane Triche Milazzo, United States District Judge, at 9:30 a.m. on October 23, 2019, or on such other date and time as the Court may order, in the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana. You are invited to attend and participate as you deem appropriate.

Date:   September 30, 2019.

                                        Respectfully submitted,

                              BY: /s/ John N. Adcock
                                  John N. Adcock
                                  La. Bar No. 30372
                                  3110 Canal Street
                                  New Orleans, LA 70119
                                  Telephone (504) 233-3125
                                  jnadcock@gmail.com

                                  Nick Brustin
                                  Anna Benvenutti Hoffmann
                                  Katie McCarthy
                                  Neufeld Scheck & Brustin, LLP
                                  99 Hudson Street, Eighth Floor
                                  New York, NY 10013
                                  Telephone:  (212) 965-9081

                                  William Beck
                                  Michael J. Abrams
                                  Alexander T. Brown
                                  Alana McMullin
                                  Lathrop Gage LLP
                                  2345 Grand Boulevard, Suite 2200
                                  Kansas City, MO 64108
                                  Telephone:  (816) 460-5811

                                *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system, as well as by U.S. Mail for any non CM/ECF participant.


                                /s/ John N. Adcock
                                An Attorney for Plaintiff