**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JD ("JOHN") FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-8769 |
| | ) | |
| v. | ) | Section H |
| | ) | Judge Jane Triche Milazzo |
| DETECTIVE JOHN DILLMANN; | ) | |
| DETECTIVE MICHAEL RICE; | ) | Division 3 |
| THE CITY OF NEW ORLEANS; | ) | Chief Magistrate Judge Michael B. North |
| LEON CANNIZZARO, JR., *in his official* | ) | |
| *capacity.* | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT LETTER REQUESTING DISMISSAL OF**
**PLAINTIFF'S CLAIMS WITHOUT PREJUDICE**

Plaintiff JD ("John") Floyd and Defendant City of New Orleans, through undersigned counsel, write to inform the Court that the parties have reached an agreement in principle to a full and final settlement of Mr. Floyd's claims in this action. While the Parties are still finalizing the terms of the Agreement, they respectfully request that the claims in this action be dismissed without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Dated: May 5, 2023

Respectfully submitted,

/s/ Emma Freudenberger
Emma Freudenberger (*pro hac vice*)
emma@nsbcivilrights.com
Nick Brustin
nick@nsbcivilrights.com (*pro hac vice*)
Anna Benvenutti Hoffmann (*pro hac vice*)
anna@nsbcivilrights.com
Mary Katherine McCarthy (*pro hac vice*)
katie@nsbcivilrights.com
Sophia Villarreal (*pro hac vice*)
sophia@nsbcivilrights.com

Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081


/s/Michael J. Abrams
William Beck (*pro hac vice*)
william.beck@lathropgpm.com
Michael J. Abrams (*pro hac vice*)
michael.abrams@lathropgpm.com
Alexander T. Brown (*pro hac vice*)
alexander.brown@lathropgpm.com
Alana McMullin (*pro hac vice*)
alana.mcmullin@lathropgpm.com
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5811

/s/John N. Adcock
John N. Adcock, T.A.
La. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Telephone: (504) 233-3125
jnadcock@gmail.com

*Attorneys for Plaintiff*


By:     */s/* Corwin St. Raymond
        Renee Goudeau
        La. Bar No. 33157
        regoudeau@nola.gov
        Corwin St. Raymond
        La. Bar No. 31330
        cmstraymond@nola.gov
        Donesia D. Turner
        La. Bar No. 23338
        donesia.turner@nola.gov
        CITY ATTORNEY'S OFFICE
        1300 Perdido Street, Suite 5E03
        New Orleans, LA 70112
        Telephone: (504) 658-9800

*Attorneys for Defendant City of New Orleans*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of May 2023, a copy of the foregoing was served on counsel of record for all parties via the Court's ECF system.

/s/ Katie McCarthy____
An Attorney for Plaintiff